258 So.2d 87

**STATE of Louisiana**

v.

**Rallie C. EDWINS.**

No. 52174.

Feb. 29, 1972.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

Writ refused. Under the particular facts and circumstances of this case, we find no abuse of discretion.

258 So.2d 87

**Otis PRIMEAUX**

v.

**Henry KINNEY et al.**

No. 52176.

Feb. 29, 1972.

In re: Otis Primeaux applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 256 So.2d 140.

Not considered. Not timely filed.